**David James CARLSON Plaintiff-Appellant**

v.

**COUNTY OF RAMSEY; County of Anoka; Independent School District No. 624, White Bear Lake, Minnesota Defendants-Appellees**

No. 16-2793

United States Court of Appeals, Eighth Circuit.

Submitted: January 13, 2017

Filed: January 19, 2017

**602**

David James Carlson, Pro Se

Robert B. Roche, Ramsey County Attorney's Office, Saint Paul, MN, for Defendant-Appellee County of Ramsey

Andrew T. Jackola, Anoka County Attorney's Office, Anoka, MN, for Defendant-Appellee County of Anoka

Scott Thomas Anderson, Kristin C. Nierengarten, Rupp & Anderson, Minneapolis, MN, for Defendant-Appellee Independent School District No. 624, White Bear Lake, Minnesota

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

David Carlson appeals from an order of the District Court[1] dismissing his pro se 42 U.S.C. § 1983 complaint. We have reviewed the record and considered the issues that are properly before us, and we conclude that Carlson's federal claims were properly dismissed and that the District Court acted within its discretion in declining to exercise supplemental jurisdiction over the state-law claims. Accordingly, we affirm the judgment, see 8th Cir. R. 47B, and we deny the pending motions to expedite review and to supplement the record.

---

1. The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.